United States District Court
Northern District of New York

---

Ronald-Edward:Williams,

                Plaintiff,

v.

United States,

                Defendant.

Complaint

Case No.:

Fraudulent Transfer
11 USC §§ 548, 554

5:13-CV-422 (NAM/DEP)

---

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 15 2013
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Syracuse

---

Complaint

Plaintiff

    Ronald-Edward:Williams Declarent in propria persona sui juris in his equitable rights.

JURISDICTION AND VENUE

1. The Authorized Representative brings this Complaint under Federal Rule of Bankruptcy Procedure 7001. This action arises under 11 U.S.C. §§ 547, 548, 554 and 560 and other applicable federal law.

2. This Court has jurisdiction over this adversary proceeding and this adversary is authorized; under 28 U.S.C. §§ 157, 1331 and 1346, Federal Rule of Bankruptcy Procedure 7001.

3. This is a core proceeding under 28 U.S.C. § 157(b)(2) such that the Bankruptcy Court has jurisdiction to hear and to determine this proceeding and to enter an appropriate order and

.judgment.

4. Venue in the Bankruptcy Court is proper pursuant to 28 U.S.C. § 1402.

## NATURE OF PROCEEDING

1. On the 2nd day of July, in the Year of our Lord 2012, the court entered a Judgment against the Plaintiff; United States Court for the District of New York in Criminal Complaint Case # 5:11-CR-062.

2. This matter, involves an asset [CONCEALMENT FRAUDULENT TRANSFER] in favor of the United States and resold or deposit according to 28 U.S.C. §§ 2041, 2042, 2043 OTHER DEPOSITORY or puts that are registered with the SEC. § 3(a) and eligible for resale under 144A Security Exchange Act of 1933. In violation of 15 U.S.C. § 78a et seq., Bankrupcty Rule of Procedure 7001.

3. Complaint asserts the following claims against the Defendant (a) avoidance and recovery of all fraudulent preferential and unauthorized transfer.

## BACKGROUND

1. Plaintiff Holder in Due Course, has standing to bring this adversary pursuant to 31 U.S.C. § 6716 and § 357.2 definition, Security Exchange Act of 1934; 15 U.S.C. § 78c (a)(47) within any Securities laws or State Securities laws.

2. Grantor i.e. Plaintiff has secured interest, see Article 9 of the UCC, and Bankr. Code 506, reserve the right to supplement information with respect in the transfer and any additional transfer or subsequent transfer.

3. 'Pursuant to F.R.C.P. Rule 18, a party has authority of joinder of Claims heretofore cognizable only after another claim has been prosecuted to a conclusion but the court shall grant relief in accord to the relative substantive right of parties.

## FIRST CLAIM FOR RELIEF

I, Ronald-Edward:Williams, Declarent i.e. Plaintiff as stated above under F.R.C.P. Rule 18 a party has authority to joinder claims, in accord to claim for relief as to the Fraudulent Conveyance in Case # 5:11-CR-062; F.R.C.P. Rule 17 states that only the person in title to the contract issue by him/her or not is the person in interest, only the one personally affected may claim or charge a proceeding. Nunc pro tunc, I OBJECT FOR LACK OF RATIFICATION OF COMMENCEMENT.

## SECOND CLAIM FOR RELIEF F.R.C.P. Rules 8(a), 9(b)

Declarent In Rem and In Personam. To claim for relief said Instruments transfer to indemnify Case # 5:11-CR-062, via process pursuant to 31 U.S.C. § 324 Treasury Directive 16-21, 27-02; in accord of Swap Agreement of Section 3(a) of the Security Exchange Act 1934; Fraudulent Transfer in violation of 15 U.S.C. § 78(a) et seq. and title 18 United States Code.

As Grantor, Plaintiff has pledged the dissolution bond to incurred any lost. I, Ronald-Edward:Williams, accept the charge(s) for value and consideration return and post-settlement and closure of Case # 5:11-CR-062 and Autotris and CUSIP account # 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 Full Settlement.

Done this 4th day of April 2013 A.D.

By: *Ronald Edward Williams*
Authorized Representative

Please use my Exemption for full settlement and closure of this account as this account is pre-paid and exempt from levy Public Law Cha. 48,48 Stat. 112;31 U.S.C. § 5118(b). Holder in due course of the Cestui Que Trust, by his acceptance retains first priority and by said acceptance of any claim(s) has eliminated any controversy in the matter.

TRIAL BY JURY

Plaintiff does not consent to a non-jury trial.

PRAYER FOR RELIEF

By the Covenant of our Heavenly Father; Based on the foregoing respectfully request that the Court enter judgment in Plaintiff's favor.

Done this 4th day of April 2013 A.D.

Respectfully submitted,

Without Prejudice/All rights reserved

By: *Ronald Edward Williams*
Authorized Representative, Attorney-In-Fact
C.O P.O. Box THREE-THREE
City of Terre Haute, Indiana, united States of America

I declare under penalty of perjury this information is true, and correct. Signed reserving all my rights at UCC 1-207 and 1-308.

Done this 4th day of April 2013 A.D.

By: *Ronald Edward Williams*
Authorized Representative

Please use my Exemption for full settlement and closure of this account as this account is pre-paid and exempt from levy Public Law Cha. 48,48 Stat. 112;31 U.S.C. § 5118(b). Holder in due course of the Cestui Que Trust, by his acceptance retains first priority and by said acceptance of any claim(s) has eliminated any controversy in the matter.

TRIAL BY JURY

Plaintiff does not consent to a non-jury trial.

PRAYER FOR RELIEF

By the Covenant of our Heavenly Father; Based on the foregoing respectfully request that the Court enter judgment in Plaintiff's favor.

Done this 4th day of April 2013 A.D.

Respectfully submitted,

Without Prejudice/All rights reserved

By: *Ronald Edward Williams*
Authorized Representative, Attorney-In-Fact
C.O P.O. Box THREE-THREE
City of Terre Haute, Indiana, united States of America

I declare under penalty of perjury this information is true, and correct. Signed reserving all my rights at UCC 1-207 and 1-308.



From:
Ronald-Edward:Williams
c/o P.O. Box THREE-THREE
Terre Haute, Indiana [47808]
Attn: 05122-055

To:
⇔05122-055⇔
Lawrence Baerman
Clerk of US Court
PO BOX 7367
US Northern District NY
Syracuse, NY 13261-7367
United States

LEGAL MAIL

INMATE IDENTIFICATION CONFIRMED