**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**RONALD EDWARD WILLIAMS,**

            **Plaintiff,**

      **v.**                                  **5:13-CV-0422**
                                          **(NAM/DEP)**

**UNITED STATES,**

            **Defendant.**
_____

**APPEARANCES:**                    **OF COUNSEL:**

Ronald Edward Williams
05122-055
Terre Haute Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808
Plaintiff, *pro se*

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

### ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 7th day of June 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Plaintiff was directed to either pay the $350.00 filing fee or submit a full and complete

IFP application within thirty (30) days of the date of the Report-Recommendation or on or before July 8, 2013.  Plaintiff has failed to comply with the Magistrate Judge's directive.

    3.  Therefore, the Clerk of the Court shall enter judgment dismissing the complaint and shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: July 10, 2013
       Syracuse, New York

*/s/ Norman A. Mordue*
Norman A. Mordue
Senior U.S. District Judge